UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KARL W. SCHENKER,<br>Plaintiff,<br>v.<br>MS. JANE C.O., et al.,<br>Defendants. | Case No. 3:26-cv-00572-ART-CSD<br>ORDER |

*Pro se* Plaintiff Karl W. Schenker has filed a motion to voluntarily dismiss this case with prejudice, stating that he and the Defendants have reached a confidential resolution to his claims. (ECF No. 5). Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing “a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.” Fed. R. Civ. P. 41(a)(1)(A)(i). No answer or motion for summary judgement has been filed. Therefore, the Court grants the motion and dismisses this action with prejudice.

For the foregoing reasons, it is ordered that Plaintiff’s motion for voluntary dismissal (ECF No. 5) is granted.

It is further ordered that this action is dismissed in its entirety with prejudice.

The Clerk of the Court is directed to enter judgment accordingly.

It is further ordered that Plaintiff’s application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

DATED THIS 27th day of August 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE